Daniel J. O'Connor, Jr., Bar No. 010081
Karen J. Stillwell, Bar No. 022711
**O'CONNOR & DYET, P.C.**
7955 South Priest Drive
Tempe, Arizona   85284
daniel.oconnor@occlaw.com
karen.stillwell@occlaw.com
(602) 241-7000

Attorneys for Defendant Deborah Hager

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jesse Meyer, a single woman, individually and as mother of M.E.M, a female minor, | Case No:  19-cv-01229-DLR |
| Plaintiff, | **DEFENDANTS' JOINT REPORT REGARDING SETTLEMENT TALKS** |
| vs. | |
| State of Arizona, a political entity; Arizona Department of Child Safety, an agency of the State of Arizona; Gregory A McKay, in his capacity as Director of the Arizona Department of Child Safety; Kathryn French, individually and in her capacity as employee of the Arizona Department of Child Safety; Deborah Hager, individually and as agent or representative of the Arizona Department of Child Safety; The New Foundation, an Arizona corporation, | |
| Defendants. | |

Pursuant to the Court's Rule 16 Scheduling Order (Doc. 33), Defendants jointly file this report regarding their compliance with the Court's Order to engage in good faith settlement discussions.

Over the past several months, Defendants' counsel have individually tried to contact Plaintiff counsel multiple times to discuss this case and its status, but to no avail.

On October 24, 2019, Defendants jointly sent a letter to Plaintiff to engage in good faith settlement discussions, as well as to address the status of the case; however, to date, Plaintiff has not responded. A copy of the letter is attached hereto as **Exhibit A**.

Dated this 7th day of November, 2019.

**O'CONNOR & CAMPBELL, P.C.**

By:*/s/ Karen J. Stillwell*
    Daniel J. O'Connor, Jr.
    Karen J. Stillwell
    *Attorneys for Defendant*
    *Deborah Hager*

**GRASSO LAW FIRM, P.C.**

By:*/s/Robert Grasso, Jr.(w/permission)*
    Robert Grasso, Jr.
    Patrick Hall
    *Attorneys for The New*
    *Foundation*

**ATTORNEY GENERAL'S OFFICE**

By:*/s/Cindy Starkey (w/permission)*
    James Bowen
    Cindy Starkey
    *Attorneys for*
    *State Defendants*

CERTIFICATE OF FILING

I hereby certify that on November 7, 2019, I electronically transmitted the attached document to the Clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following registrants:

Richard Martinez
PO Box 43250
Tucson, AZ 85733
*Attorneys for Plaintiff*
richard@richardmartinezlaw.com

Jim Bowen
Cindy Starkey
Attorney General's Office
2005 N. Central Ave.
Phoenix, AZ 85004
*Attorneys for Defendants, State of Arizona, McKay & French*
James.Bowen@azag.gov
Cindy.starkey@azag.gov

Robert Grasso, Jr.
Patrick Hall
Grasso Law Firm, P.C.
2121 W. Chandler Blvd., Suite 100
Chandler, AZ 85224
*Attorneys for The New Foundation*
rgrasso@grassolawfirm.com
Phall@grassolawfirm.com


/s/Karen Larson